UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2014 MAR -7 AM 11: 21

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| Vermont Hard Cider Company | ) |
| Plaintiff | ) CIVIL ACTION NO. 5:13-cv-78 |
| v. | ) |
| Woodchuck Coffee Roasters | ) |
| Defendant | ) |

## EVALUATOR'S REPORT

Please select one:

_X___ First Session Report
_____ Second Session Report
_____ Third Session Report
_____ Corrected/Revised Report
_____ Supplemental Report
_____ Other

Michael J. Marks, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

| (j)(1)(A): | Date of session: | Start time: | Finish time: |
|---|---|---|---|
| | January 29, 2014 | 9:00 a.m. | 6:00 p.m. |

| j)(1)(B): | Names of attendees: | Role: | Settlement authority:<br>(check only where applicable) |
|---|---|---|---|
| | Daniel S. Rowell | Plaintiff | X |
| | Amy Stinson, Esq. | Plaintiff-In house counsel | |
| | Paul Reidl, Esq. | Plaintiff-legal counsel | |
| | Ritchie Berger, Esq. | Plaintiff-legal counsel | |
| | Dana Basiliere | Defendant | X |
| | James Basiliere | Defendant | X |
| | Kathryn Kent, Esq. | Defendant-legal counsel | |

(j)(1)(C):      Substitute arrangements regarding attendance: N/A

(j)(1)(D):      Date parties' Evaluation Statements received by Evaluator:

Early neutral evaluation statements were filed in a timely manner and allowed for adequate preparation by the evaluator.

(j)(1)(E):      Oral presentations: By all parties

(j)(1)(F):      Results of session:
(j)(1)(F)(i):   _X_ Full settlement          ___ Partial settlement

                ___ No Settlement

(j)(1)(F)(ii):  Stipulation to narrow the scope of dispute:          _____ N/A

(j)(1)(F)(iii): Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:

_____

_____

Scheduling another ENE session:     _____ Yes _____ NO

Other comments: (please refer to L.R. 16.1 (j)(2)):

Settlement was not reached on Jan. 29th. Mediator continued to work with parties by telephone and full settlement was reached on Feb. 27, 2014.

Dated at Middlebury, Vermont on this 4th day of March, 2014.

*Michael Marks* /KB
Michael J. Marks
Evaluator